IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERON THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-1015 (WCB) |
| ) | |
| MYLAN PHARMACEUTICALS INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF HERON THERAPEUTICS, INC.'S UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Heron Therapeutics, Inc. ("Heron"), respectfully moves the Court for leave to amend its Complaint (D.I. 1), pursuant to the Fed. R. Civ. P. 15(a), to add allegations of infringement of U.S. Patent No. 11,744,800 against Defendant Mylan Pharmaceuticals Inc. ("Mylan").

Pursuant to D. Del. LR 15.1, a copy of the proposed Amended Complaint is attached as Exhibit 1 and a redlined version of the Amended Complaint, highlighting the changes from the Complaint, is attached as Exhibit 2.

Pursuant to D. Del. LR 7.1.1, counsel for Heron conferred with counsel for Mylan, and Mylan consents to Heron's motion.

-2-

OF COUNSEL:

Bruce M. Wexler
Isaac S. Ashkenazi
Christopher P. Hill
Mark Russell Sperling
PAUL HASTINGS LLP
200 Park Avenue
New York, NY  10166
(212) 318-6000

January 11, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Heron Therapeutics, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 11, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Andrew M. Moshos, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| T.O. Kong, Esquire<br>Wendy L. Devine, Esquire<br>Jody Karol, Esquire<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)