IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HERON THERAPEUTICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-1015 (WCB) |
| | ) | (CONSOLIDATED) |
| MYLAN PHARMACEUTICALS INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 12 of the Scheduling Order in this case (D.I. 38), Plaintiff Heron Therapeutics, Inc. ("Heron") and Defendant Mylan Pharmaceuticals Inc. ("Mylan") hereby submit the attached Joint Claim Construction Chart, in order to advise the Court as to the claim terms for which the parties have agreed on constructions, and to inform the Court that there are no claim terms in dispute.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

OF COUNSEL:

Bruce M. Wexler
Isaac S. Ashkenazi
Christopher P. Hill
Mark Russell Sperling
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiff*
*Heron Therapeutics, Inc.*

May 2, 2024

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew M. Moshos (#6685)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
amoshos@potteranderson.com

OF COUNSEL:

T.O. Kong
Wendy L. Devine
Jody Karol
WILSON SONSINI GOODRICH & ROSATI P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000

*Attorneys for Defendant Mylan*
*Pharmaceuticals*

## I. AGREED UPON CONSTRUCTIONS OF THE CLAIM TERMS AT ISSUE

The following chart identifies the terms appearing in claims of U.S. Patent Nos. 9,561,229; 9,808,465; 9,974,793; 9,974,794; 10,500,208; 10,953,018; and 11,744,800 that the parties have identified for construction. The parties have agreed to these constructions, and there are no claim terms in dispute.

| Claim Term | Agreed Upon Construction |
|---|---|
| "physically stable" | meets the criteria under USP<729> for mean droplet size not exceeding 500 nm and PFAT5 not exceeding 0.05%, and no visible aprepitant crystals when viewed at magnification of 4x to 10x, after being stored either at 5° Celsius or at room temperature for a period of at least one week |
| "preventing" | hindering the occurrence of |
| "treating" | caring for and managing a patient to combat, ameliorate, or prevent |